**Order entered May 27, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00547-CV

## IN THE INTEREST OF K.V.K, A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-19679**

## ORDER

Appellant has filed a motion for review of the trial court's May 22, 2015 order sustaining the contests to her affidavit of indigence. Accordingly, pursuant to Texas Rule of Appellate Procedure 20.1(j)(3), we **ORDER** Glenda E. Finkley, Official Court Reporter of the 256th Judicial District Court, to file a reporter's record of the hearing on the contest. *See* TEX. R. APP. P. 20.1(j)(3). We further **ORDER** Dallas County District Clerk Felicia Pitre to file a clerk's record containing the affidavit of indigency, all contests, any other documents filed in support of or opposition to the affidavit, and the trial court's order. *See id.* The records shall be filed **no later than noon on Friday, May 29, 2015**. *See id.* No extensions will be granted.

This order **SUPERSEDES** our May 20, 2015 order directing Ms. Pitre to file a supplemental clerk's record containing the order on the contests no later than June 1, 2015.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Finkley, Ms. Pitre, and counsel for the parties.

/s/     CRAIG STODDART
JUSTICE